# CRIMINAL DOCKET - U.S. District Court

| | |
|---|---|
| **Case Filed:** 07-26-90 | **Docket No.:** A90-00056-1 |
| **No. of Def's:** 1 | **U.S. MAG. CASE NO.:** A90-114M |

**Defendant (Last, First, Middle):** ANASTASIOU, PANOS a/k/a FRED BAYLOG

- [X] Felony
- [ ] Misd.
- [ ] 097X 3 7X10(B)

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | CONSPIRACY TO DISTRIBUTE, AND POSSESS WITH INTENT TO DISTRIBUTE, COCAINE, SCH II, CT I | 1 |
| 21:841(a)(1) | DISTRIBUTION OF COCAINE, SCH II, CT II | 1 |
| 18:1956(a)(1)(B)(i) | LAUNDERING MONETARY INSTRUMENTS, CT III | 1 |
| 21:843(b) | USING A COMMUNICATIONS FACILITY TO FACILITATE THE DISTRIBUTION OF COCAINE, SCH II, CT IV | 1 |
| 18:1956(a)(1)(A)(i) | CONDUCTING FINANCIAL TRANSACTIONS TO PROMOTE THE DISTRIBUTION OF COCAINE, SCH II, CTS V-XXX | 26 |

**CASE CLOSED**

(CONTINUED ON NEXT PAGE)

## II. KEY DATE

- **INTERVAL ONE — KEY DATE (EARLIEST OF):** 7-9-90 — [X] arrest
- **END ONE / BEGIN TWO — KEY DATE (APPLICABLE):** 7-26-90 — [X] Indictment filed/unsealed
- **END INTERVAL TWO — KEY DATE (APPLICABLE):** (blank)

## III. MAGISTRATE

(blank)

## IV. ATTORNEYS, SURETIES, ETC.

**U.S. Attorney or Asst.:** Mark A. Rosenbaum (AUSA), 271-5071

**Defense:** [X] 2 Ret.

Edgar Paul Boyko
BOYKO, BREEZE & DAVIS
840 K Street, Suite 100
Anchorage AK 99501
(907) 279-1000

And

Marcus B. Paine, ESQ
Law offices of Marcus B. Paine
840 K Street, Suite 100
Anchorage, AK 99501
(907) 279-1000

Panos Anastasiou 11667-006 (#116)
FCI Safford
RR 2 Box 9000
Safford AZ 85546

Panos Anastasiou
906 W. 29th Pl. #1
Anchorage, AK 99503

Panos Anastasiou
3021 SW Bradford St, Apt 509
Seattle WA 98126

3rd Party Custodian
Donald Westly
906 W. 29th Place #1
Anchorage, AK 99503
(907) 562-7370

| DATE / DOCUMENT NO. | Yr. Docket No. Def. 90 00056-1 | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT — PAGE __ OF __ | EXCLUDABLE DELAY — Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|
| | | **V. PROCEEDINGS** (OPTIONAL) Show last names of defendants | | | |
| 1990 Jul 26 | 1 | Fld INDICTMENT. | | | |
| 26 | 2 | Fld GRAND JURY MINS: Pretrail detent, set on for arraignment. | | | |
| 26 | 3 | Fld documents transferred from A90-114M: Deft's qual non-opp to mot to compel, pltf's mot for shorten time, pltf's mot to compel, MAG CRT MINS re detent hearing, deft's waiver of prelim exam or hearing, RETURN exec warrant of arrest, MAG ORDER of temp detent, MAG CRT MINS re init appear, MAG MO setting arrgnment & deft's entry of appear - Boyko. | | | |
| 26 | 4 | Fld MAG MO setting arrgnment for Fri, 7-27-90 @10:00 a.m. in Rm 176. Cy M. Rosenbaum, E.P. Boyko, USM, PO & EW. | | | |
| 27 | 5 | Fld MAG CRT MINS re arrgnment/detent. Pled NG, detent hearing cont to Wed, 8-1-90 @10:00 a.m., deadlines set. Cy M. Rosenbaum, E.P. Boyko, USM & PO. | | | |
| 30 | 6 | Fld MAG ORDER re prep for trial; pretrial mots due 8-17-90. Cy M. Rosenbaum & E.P. Boyko. | | | |
| 30 | -- | Sent notice to Judge Singleton re ST deadlines. Cy MH. | | | |
| Aug 02 | 7 | Fld MAG CRT MINS re detent hearing. Deft detained. | | | |
| 02 | 8 | Fld MAG ORDER OF DETENTION pending trial. Cy M. Rosenbaum, E.P. Boyko, USM & PO. | | | |
| 03 | 9 | Fld MO setting TBJ for 9-17-90 @9:00 a.m.; deadlines set. Cy M. Rosenbaum, E.P. Boyko, Mag B, Jury Clerk, USM & PO. | | | |
| 15 | 10 | Fld deft mot to enlarge time to file pretrial motions w/aff in support. | | | |
| 16 | 11 | Fld pltf non-opp to deft mot to enlarge time to file pretrial mots. | | | |
| 17 | 10 | Fld MAG ORDER granting deft's mot to ext time to file pretrial mots. Ext to COB 8-24-90. Cy M. Rosenbaum & E.P. Boyko. | 8-15-90 / 8-17-90 | E,G | 3 |
| 24 | 12 | Fld def's mot to assoc in as cnsl of record. | | | |
| 24 | 13 | Fld def's unopposed mot to cont trial date. | | | |
| 24 | 14 | Fld def's mot to reserve mot. | | | |
| 24 | 15 | Fld def's mot to produce & disclose I.D. of pltf's informants w/atch memo. | | | |
| 24 | 16 | Fld def's mot for disclosure of evid the pltf intends to rely upon at trial. Req for ext of time to file mot to suppress said evid w/atch memo. | | | |
| 24 | 17 | Fld def's memo in support of mot for pretrial discvy | | | |

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U.S. vs ANASTASIOU, PANOS a/k/a FRED BAYLOG | A90-056CR |
|---|---|---|
| AO 256A | | Yr. / Docket No. / Def. |

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| | SUPERSEDING INDICTMENT - 9/25/90 | |
| | Cts I- XXX same as above | |
| 18:1956(a)(1)(B)(i) | LAUNDERING MONETARY INSTRUMENTS, CTS XXXI-XXXV | |
| 26: 7201 | TAX EVASION, CTS XXXVI-XXXIX | |
| 18: 1001 | FALSE STATEMENTS, CTS XL-XLI | |

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U.S. vs PANOS ANASTASIOU a/k/a FRED BAYLOG | A90-0056-CR |
|---|---|---|
| AO 256A | | Yr. \| Docket No. \| Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|
| 1990 Aug 24 | (18) Fld def's mot to dismiss cnt 1 on grounds of dupl w/ atch memo. | |
| 24 | (19) Fld def's mot for early disclos of Jencks Act material. | |
| 24 | (20) Fld def's mot for B/P w/ atch memo. | |
| 27 | (21) Fld def's mot to acc late filed pleadings w/atch afdvt and proposed mot for pretrial discvy of exculpatory info. | |
| 27 | (22) Fld def's mot to acc late filed pleadings w/atch afdvt and proposed mot for attorney conducted voir dire and mot for pretrial discvy & discvy of exculpatory info. | |
| 27 | (23) Fld def's request for special not. | |
| 29 | (24) Fld MO hearing re def's mot to cont the trial date set for Thursday, 8/30/90 at 2:00p.m. Cy M. Rosenbaum, E. Boyko, M. Paine, USM,& PO. | |
| 30 | (25) Fld CRT MIN re def's mot to cont trial date: mot GRANTED. Trial to cont on 11/13/90. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO, Jury Clerk, Mag B, MH. | 8/24/90 E,G 7 / 8/30/90 / 10/15/90 T4 30 / 11/13/90 |
| Sep 5 | (26) Fld pltf's unopp mot for enlargemnt of times to respond w/atch afdvt. | |
| 6 | (26) Fld MAG ORDER re pltf's unopp mot for enlargement of time to respond. Cy M. Rosenbaum, E. Boyko, M.Paine. | |
| 10 | (27) Fld Reporter's transcript excerpt re Detention hearing on 8/1/90. | |
| 13 | (12) Fld MAG ORDER re def's mot to assoc in as cnsl of record re M. Paine (#12). Cy M. Rosenbaum, E. Boyko, M. Paine. | 8-24-90 T4 21 / 9-13-90 |
| 13 | (22) Fld MAG ORDER granting def's mot to accept late fld pleadings. Cy M. Rosenbaum, E. Boyko, M. Paine. | 8-27-90 18 / 9-13-90 E,G |
| 13 | (28) Fld MAG ORDER granting def's mot for pretrial discvy of exculpatory info be acc as late(#21). Cy M. Rosenbaum, E. Boyko, M. Paine. | |
| 13 ** | (28A) Fld def's mot for attorney conduc Voir Dire. | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 1990 Sep 14 | (29) Fld Pltf's not of and oppos to mot for early disc of Jencks Act Material. | |
| 14 | (30) Fld pltf's not of and oppos to mot for pretrial discvy of exculpatory info. | |
| ** 13 | (28B) Fld def's mot for pre trial discvy and discvy of exculpatory info. | |
| 21 | (21) Fld nunc pro tunc 9/13/90 MAG ORDER grant def's mot to file mot for pretrial discvy of exculpatory info. Cy M. Rosenbaum, E. Boyko, M. Paine. | |
| 21 | (31) Fld nunc pro tunc 9/13/90 def's mot for pretrial discvy of exculpatory info. | |
| 21 | (32) Fld pltf's cond opp to mot for disclos of evid pltf intend rely upon at trial. | |
| 21 | (33) Fld pltf's not & opp to def's mot to produce & disclose I.D. of pltf informs & order grant pretrial access to pltf's witness. | |
| 25 | (34) Fld SUPERSEDING INDICTMENT. | |
| 25 | (35) Fld GRAND JURY MINS; Pretrial Detention. Set for arrgnment. | |
| 27 | (36) Fld MAG MO set arrngment for SI on Wed, 10/3/90 at 11:00 A.M. in RM. 176. Cy M. Rosenbaum, P. Anastasiou, USM, PO, E. Boyko, M. Paine, EW. | |
| 28 | (37) Fld pltf's opp to def's mot to dismiss w/atch memo. | |
| 28 | (38) Fld pltf's resp to def's mot for B/P w/atch memo. | |
| Oct 3 | (39) Fld not of errata re pltf's not #33. | |
| 3 | (40) Fld MAG CRT MIN re SI arrgnment; pleas NG, Detained pend trial, PTM due 10/10/90 re SI, Hearing on all pend mot set 10/17/90 at 10:00 A.M. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | |
| 3 | (41) Fld MAG ORDER re prep for trial, PTM due 10/10/90 as to SI mot only. Cy M. Rosenbaum, E. Boyko, M. Paine. | |
| 9 | (42) Fld def's mot for ext of time to file PTMs w/atch afdvt. | |
| 16 | (43) Fld ORDER deny def's request for attorney-conduct voir dire (#28A). Cy M. Rosenbaum, E. Boyko, M. Paine. | |

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET U.S. vs PANOS ANASTASIOU a/k/a FRED BAYLOG | | A90-056CR | | | |
|---|---|---|---|---|---|
| AO 256A | | Yr. | Docket No. | Def. | |
| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
| | | (a) | (b) | (c) | (d) |
| 1990 Oct 17 | (44) Fld MAG MO re hearing on all pend mots; Crt will enter order re all pend mots. Cy M. Rosenbaum, E. Boyko, M. Paine. | | | | |
| 17 | (45) Fld MAG ORDER re pend mots; mots grant/deny. Cy M. Rosenbaum, E. Boyko, M. Paine. | | 8-24-90 10-17-90 | E,G | 54 |
| 23 | (46) Fld MAG ORDER re def's mot to disclose I.D. pltf's witness #15; mot denied. Cy M. Rosenbaum, E. Boyko, M. Paine. | | | | |
| 24 | (47) Fld MO TBJ set for 11-13-90 at 8:30 A.M. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO, Jury Clerk, Mag B. | | | | |
| 29 | (48) Fld def's mot for reconsideration &/or clarif. | | | | |
| 30 | (49) Fld MAG MO re pltf's mot to reconsid; hearing set Thurs, 11-1-90 at 10:00 A.M. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| Nov 1 | (50) Fld MAG CRT MIN re hearing on pltf's mot to reconsider; Crt grants def's mot for B/P. Cy E. Boyko, M. Rosenbaum, M. Paine. | | | | |
| 2 | (51) Fld pltf's trial brief and B/P. | | | | |
| 6 | (52) Fld pltf's prop jury instructions. | | | | |
| 6 | (53) Fld pltf's prop voir dire questions - fld stamped 11-2-90 but has wrong case #. | | | | |
| Nov 7 | (54) Fld MO re cnsl's briefs, voir dire questions. Cy M. Rosenbaum, E. Boyko, M. Paine. | | | | |
| 8 | (55) Fld def's mot for cont of trial w/atch afdvt. | | | | |
| 9 | (56) Fld MO TBJ will trail A90-057, status conf set for Tues, 11-13-90 at 8:30 A.M. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO, Jury Clerk. | | | | |
| 13 | (57) Fld CRT MIN re status conf; TBJ cont until after A90-057CR. Cy E. Boyko, M. Paine, M. rosenbaum, USM, PO, Jury Clerk. | | | | |
| 16 | (58) Fld MO re status conf set Tues, 11-20-90 at 4:30 p.m. Cy M. Rosenbaum, E. Boyko, M. Paine. | | | | |
| 20 | (59) Fld CRT MIN re status conf; TBJ cont until 1-7-91, Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO, Jury Clerk, Mag B. | | 1-5-91 1-7-91 | T | 3 |

Case 3:90-cr-00056-JKS   Document 145-1   Filed 01/03/06   Page 6 of 12

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|-----|-----|-----|-----|
|      | (Document No.)          | (a) | (b) | (c) | (d) |
| 1990 | | | | | |
| Nov 21 | (60) Fld def's mot for revocation of detent order & req for hearing w/atch afdvt. | | | | |
| 26 | (61) Fld MAG MO set bail rev hearing for Wed, 12-5-90 at 10:00 A.M. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 28 | (62) Fld MO set deadline for def to file trial briefs is 12-19-90 at 4:30 p.m. Cy M. Rosenbaum, E. Boyko, M. Paine. | | | | |
| Dec 5 | (63) Fld MAG MO set hearing on def's mot for revocat of detent order for Thurs, 12-6-90 at 10:00 A.M. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 7 | (64) Fld MAG ORDER re cond of confinement. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 7 | (65) Fld MAG CRT MIN date 12-6-90 re hearing on mot to recondiser; def desires matter be heard by Judge S. Cy M. Rosenbaum, D. Boyko, M. Paine, USM, PO. | | | | |
| 10 | (66) Fld pltf's mot for order shor time re hearing on cond of confinement. | | | | |
| 10 | (66) Fld MAG ORDER grant pltf's mot re hearing on cond of confinement. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 10 | (67) Fld Process receipt and return (USM-285). | | | | |
| 10 | (68) Fld Process receipt and return (USM-285). | | | | |
| 11 | (69) Fld MAG CRT MIN re hearing on cond of confinement; pltf's mot #66 deemed moot, bail rev hearing set Fri, 12-14-90 at 10:00 A.M. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 18 | (70) Fld def's unopp mot to cont w/atch afdvt. | | | | |
| 19 | (71) Fld MAG MO set cont of bail rev hearing for Thurs, 12-20-90 at 11:00 A.M. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 19 | (72) Fld def's mot to enlarge time to file prop jury instruc and voir dire questions. | | | | |
| 19 | (73) Fld def's mot to set bail hearing. | | | | |
| 20 | (74) Fld MO set hearing on def's mot to cont TBJ for Fri, 12-21-90 at 9:00 A.M. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |

| | | | | |
|---|---|---|---|---|
| **UNITED STATES DISTRICT COURT** | | | | |
| **CRIMINAL DOCKET** U.S. vs PANOS ANASTASIOU a/k/a FRED BAYLOG | | | A90-056CR | |
| AO 256A | | | Yr. \| Docket No. \| Def. | |
| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | |
| | | (a) \| (b) | (c) | (d) |

| DATE | PROCEEDINGS | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1990 Dec 20 | (75) Fld MAG CRT MIN -date 12-14-90 - re Bail rev hearing; hearing to be cont at later time. Cy M. Rosenbaum, E. Boyko, M. Paine. | | | | |
| 20 | (76) Fld MAG CRT MIN re bail rev hearing; def's mot for bail denied, def to remain in custody. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 20 | (77) Fld def's mot for revocat of detent order and req for hearing. | | | | |
| 20 | (78) Fld def's mot for short time re revocat of detent order (#75) w/atch afdvt. | | | | |
| 21 | (79) Fld CRT MIN re hearing on mot to cont TBJ & mot to enlarge time to file jury instruc; TBJ on 1-7-91 is vacated and reset for 2-11-91. | 1-8-91 2-11-91 | | T4 | 35 |
| 27 | (80) Fld MO set bail rev hearing for Fri, 12-28-90 at 1:30 p.m. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO, Mag B. | | | | |
| 27 | (--) Fld Reporter's Transcript re prelim/detention hearing on 7-17-90. (Placed behind file) | | | | |
| 27 | (--) Fld Reporter's Transcript re arr/cont detent hearing dated 7-27-90. (Placed behind file) | | | | |
| 27 | (--) Fld Reporter's Transcript excerpt re cont detent hearing date 8-1-90. (Placed behind file) | | | | |
| 27 | (81) Fld MAG MO re documents placed under Seal for _in camera_ rev by Judge S. Cy M. Rosenbaum, E. Boyko, M. Paine, PO. | | | | |
| 28 | (82) Fld CRT MIN re bail rev hearing; to be cont. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 1991 Jan 2 | (83) Fld def's mot for short time. | | | | |
| 2 | (84) Fld def's mot for bail rev hearing w/atch afdvt. | | | | |
| 2 | (85) Fld MO set bail rev hearing for Tues, 1-8-91 at 9:00 A.M. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 9 | (86) Fld ORDER set cond of release; $75,000.00 cs and passport 24 hour 3rd party custodian, D. Westly. Cy M. Rosenbaum, E. Boyko, M. Paine, D. Westly, USM, PO, Mag B. | | | | |
| 9 | (87) Fld APPEARANCE BOND - $75,000.00 cs. | | | | |
| 9 | (88) Fld cy of release. | | | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 1991 Jan 9 | (89) Fld CRT MIN -date 1-8-91 - re hearing on mot revoc of detent; bail set $75,000. c/cs and 3rd party-cust. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 9 | (90) Fld Clerk's Not for receipt of def's passport. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PO. | | | | |
| 11 | (91) Fld Reporter's TRANSCRIPT re 12-28-90 bail rev hearing. | | | | |
| 28 | (92) Fld deft proposed jury instructions. | | | | |
| 28 | (93) Fld deft general voir dire questions. | | | | |
| Feb 06 | (94) Fld def not of intent to change plea. | | | | |
| 07 | (95) Fld MO setting prop change of plea hrg for 2/11/91 @ 9AM. cc M.Rosenbaum,E.Boyko,M.Paine,USM,PO,Jury Clerk. | | | | |
| 07 | (96) Fld ORDER modifying cond of release. cc M. Rosenbaum, E. Boyko, M. Paine, D. Westly, D. Coble, P. Anastasiou, USM, PO, Judge Singleton. | | | | |
| 08 | (97) Fld pltf plea agreement. | | | | |
| 11 | (98) Fld CRT MIN re change of plea to G cts 1,27,39,41. | | | | |
| 12 | (99) Fld mo set IOS for 4/24/91 @ 2:30pm; TBJ vacated. cc: M. Rosenbaum, E. Boyko, M. Paine. USM, PO. | | | | |
| 12 | (100) Fld def mot to mod cond of release & request hrg w/afdvt. | | | | |
| 12 | (101) Fld def unopposed mot for short time re mot to mod cond of release & req hrg. | | | | |
| 14 | (102) Fld MO re mot to short time granted; hrg on def mot to mod cond of release set 2/15/91 @ 8:30am. cc: M. Rosenbaum, E. Boyko, M. Paine, PTS, USM. | | | | |
| 15 | (103) Fld CRT MIN re hearing on def's mot to mod cond of rel; 3rd party cust conds be relaxed. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PTS. | | | | |
| Mar 7 | (104) Fld ORDER set cond fo rel; 3rd party D. Westly, $75,000. c/cs. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PTS. | | | | |
| 8 | (105) fld def's not to crt of def's travel & req approv. | | | | |
| 11 | (105) Fld ORDER grant def's not to allow travel. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PTS. | | | | |

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET** U. S. vs PANOS ANASTASIOU a/k/a FRED BAYLOG — A90-056CR

AO 256A

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 1991 Mar 11 | (106) Fld def's amend not to crt of travel & req approv. | |
| 13 | (106) Fld ORDER grant def's amend not to crt re travel. Cy M. Rosenbaum, E. Boyko, M. Paine, USM, PTS. | |
| Apr 24 | (107) Fld CRT MIN re IOS; ECR Demeter; sent 63 mos, sprvsd rel 48 mos, spec assess $200.00, restit $68,401.21. Def remand to cust, bond exon. | |
| 25 | (108) Fld JUDGMENT - plea G cts 1,27,39,41; sent 63 mos, sprvsd rel 48 mos, spec assess $200.00, restit $68,401.21 to IRS. Cy M. Rosenbaum, E. Boyko, M. Paine, P. Anastasiou, USM, PO, MAG B, Carmen. CASE CLOSED | |
| 29 | (109) Fld MO exon bond of $75,000. Cy M. Rosenbaum, E. Boyko, M. Paine, Fred's Bail Bonding. | |
| May 10 | (110) Fld REPORTER'S TRANSCRIPT PARTIAL OF IOS on 4-24-91. Cy PO. | |
| Nov 21 | (111) Fld exec subpoenas. | |
| 1992 Sep 21 | (112) Fld motion for modification of sentence by a person in federal custody (28:2255). (A92-612CV) | |
| 21 | (113) Fld MO ref #112 to MAG for R&R. Cy USA (w/cy mot), MAG R, E. Boyko, M. Paine. | |
| Nov 5 | (114) Fld MAG init R&R re def's 28:2255 mot at #112, recomm mot be DENIED. Cy USA, P. Anastasiou. MAG B. | |
| Dec 21 | (115) Fld MO DENYING #112. Cy USA, P. Anastasiou, A92-612CV, MAG B. | |
| 1993 Feb 25 | (116) Fld def's mot for extra point for acc of responsibility. | |
| 1993 Mar 2 | (117) Fld pltf's res to def's mot for extra pt (#116). | |
| 16 | (118) Fld def's re to pltf's opp for extra pt for acc of resp. | |
| 16 | (119) Fld MO re def's mot to reduce sent (doc #116) denied. Cy. USA, P. Anastasiou. | |
| 29 | (120) Fld def's mot for clar of crt's rul re #119. | |
| Apr 16 | (121) Fld ORDER dir clerk to forward passport to PO. Cy Finance, Probation. | |

| DATE 1993 | PROCEEDINGS (continued) —(Document No.)— | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| May 7 | (122) Fld MO GRANTING #120 and DENYING #116. Cy USA P. Anastasiou. | | | | |
| Dec 3 | (123) Fld deft mot to waive restitution. | | | | |
| 28 | (124) Fld MO direct pltf to resp to def's mot by 1/14/94. cc cnsl w/atch mot. | | | | |
| 1994 Jan 13 | (125) Fld plft opp to deft mot to waive restitution. | | | | |
| 24 | (126) Fld deft reply to plft opp to waive restitiution. w/ att exhbts. | | | | |
| Feb 07 | (127) Fld ORDER Denying def's mot to waive restitution. cy USA, P. Anastasiou. | | | | |
| 17 | (128) Fld def's mot to reconsider re mot to waive restit. | | | | |
| 23 | (129) Fld pltf's oppo to mot for reconsider. | | | | |
| Mar 21 | (130) Fld MO DENEYING mot at dkt 128 re: mot for reconsideration. cc USA and P. Anastasiou. | | | | |
| 1996 Jan 23 | (131) Fld D-1 mot to waive restitution hrg on shortened time. | Cert cy A96-024 CV (JKS) | | | |
| 23 | (132) Fld JKS MO per 4/5, 11 #131 shall be treated as a 18:2255 motion & referred to MJB for R&R. cc: cnsl, deft, USM USPO. | | | | |
| 24 | (133) Fld MJ MO that the motion for shorten time is denied [dkt 131]. cc cnsl | | | | |
| Feb 05 | (134) Fld US' oppo to deft 2nd mot to waive restitution. | | | | |
| 05 | (135) Fld Anastasiou's change of address. | | | | |
| 09 | (136) Fld deft response to gov't oppo t waive restitution. | | | | |
| 12 | (137) Fld TRANSCPRITS re: IOS 4/24/91 | | | | |
| 12 | (138) Fld TRANSCRIPTS RE: PCOP 2/11/91 | | | | |
| Apr 2 | (139) Fld MJ init R&R re def's mot to waive restitution (#131) (treated as 2255), rec mot be denied, opps due 4-15-96, response by 4-23-96. cy USA, P. Anastasiou., Judge Singleton | | | | |
| 8 | (140) Fld def's change of address. | | | | |
| 15 | (141) Fld defts response to MJ R&R to deny deft's mot to wiave restitution. | | | | |
| 24 | (142) Fld MJ Fnl R&R re: deft motion to waive restitution dkt #131; it is recommended that it be DENIED cc Anastasiou USA, Judge Singleton | | | | |

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U.S. vs Panos Anastasiou | | A90-056CR (JKS) | | |
|---|---|---|---|---|---|
| AO 256A | | | Yr. | Docket No. | Def. |

| DATE 1996 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| Apr 29 | (143) Fld MO adopting MJ R&R & denying #131.  cy USA, P. Anastasiou, MJ Branson | | | | |